# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WANDA SMITH BATTLE,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-682 (RMC) |
| **DISTRICT OF COLUMBIA DEPARTMENT OF TRANSPORTATION,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion issued contemporaneously with the Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss or in the Alternative for Summary Judgment, Dkt. 10, is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants' Motions to Dismiss, Dkts. 6 & 8, are **DENIED** as moot.

This is a final appealable Order. *See* Fed. R. App. 4(a). This case is closed.

Date: January 29, 2020

ROSEMARY M. COLLYER
United States District Judge